UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
JOSUE PAGUADA, Individually, and On
Behalf of All Others Similarly Situated,

                              Plaintiff,

vs.

LAKESHORE EQUIPMENT COMPANY,

                              Defendant.

-------------------------------------------------------------- x

Case No. 1:22-cv-00918-PAE-OTW

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: July 19, 2022                     **MIZRAHI KROUB LLP**

                                                        EDWARD Y. KROUB
                                                        JARRETT S. CHARO
                                                        WILLIAM J. DOWNES
                                                        200 Vesey Street, 24th Floor
                                                        New York, NY 10281
                                                        Telephone: 212/595-6200
                                                        212/595-9700 (fax)
                                                        ekroub@mizrahikroub.com
                                                        jcharo@mizrahikroub.com
                                                       wdownes@mizrahikroub.com

                                                       *Attorneys for Plaintiff*

DATED:  July 19, 2022            **THE KARLIN LAW FIRM LLP**

*/s/ Michael Karlin*

Michael Karlin
13522 Newport Ave., Suite 201
Tustin, CA 92780
714-731-3283
Email: mike@karlinlaw.com

*Attorney for Defendant*